SCANNED
AUG 27 2021
AND EMAILED

# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 AUG 27 A 9:09
CLERK OF COURT

(Full name of plaintiff(s))

Henrietta E Arnold-Simpson

v.

(Full name of defendant(s))

United States Postal Services

Case Number:

**21-C-1002**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __4731 N 40 Street__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __United States Postal Service__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I work for the post office or 35 Capitol I have been 1+ harrasment, descrimated against called out my color no reasonable work accomodation, there was a Supervisor of Park lawn Station. Name Mike. S the 204 B- was Tianna. W. they don't know how to talk or treat their employee following Ano trate. It got to the point were. People were put out on ep (emergency Placement, the trating the bullying. Not following doctor order. telling me if I

(2) dont do what they say. I will bes written up. And Put out reaccorder of my restriction. The full names of the supervisor is Tianno N Hawkins. + Micheal C ~~Czen~~ Czenwinski

I went to mangement told them How mrs Hawkins And Mr Czerwinski was dong to me- on may 8. And may 6. of 2001 On may 6- She call me a <u>dumb</u> <u>black</u> <u>Ghetto</u> Minion- Mind you I was not the only on stand in there when she called me that - She Put her hand in my Face. Threaten Me - This was done in front of Coworker. 2 day Later. She got in tort with. Several People And got walk out And Know she <u>mia</u> she didn't show up for the eeoc meeting - I filed on discrim with Reasonable accomodation. "disability
(1) work condition - Hostal. sun soge..

③ at the eeoc meeting they offered to settle for a thousand with an apology I said **no** this has been going on too long and some one need to be accountable. for this stand up and take ~~on~~ ower ship - of what gory on - and how employees or being ~~treale~~ unfairly - unjust

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 3

C.  JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

① I want a-Settle Ment
② - a better work condition
③ higer level Joa +. ~~$~~
④ I Just want it to Stop!

E. JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES        ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __8/27__ day of __27_____ 20 _21_.

   Respectfully Submitted,

   _____
   Signature of Plaintiff
   Kenneth Gerald Taylor  8/27/2021
   Plaintiff's Telephone Number

   __414-551-5553_____
   Plaintiff's Email Address

   __4731 N 40 St_____

   __Milwaukee WI 53209_____
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5