# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

HENRIETTA ELIZABETH ARNOLD SIMPSON,

    Plaintiff,

v.                                                               Case No. **21-CV-1002**

UNITED STATES POSTAL SERVICE,

    Defendant.

☒   **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for plaintiff's failure to exhaust her administrative remedies.

The defendant's motion to dismiss is **GRANTED**.

Date: November 7, 2023

                                      Gina M. Colletti, Clerk of Court
                                      EASTERN DISTRICT OF WISCONSIN
                                      (By) Deputy Clerk, s/ Linda M. Zik

                                      Approved this 7th day of November, 2023.

                                      WILLIAM E. DUFFIN
                                      United States Magistrate Judge