# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Plaintiff,

Henrietta Annett Simpson

NOTICE OF APPEAL

Case No. 21-CV-1002

Defendant.

United States Postal Service

Notice is given that the plaintiff/defendant, __United States Postal Serv defendant__, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on _____.

Dated and signed this __4__ day of __December__, __2023__.

__Milwaukee__, Wisconsin.

__Henrietta Annett Simpson__
(Signature)

__4731 N 40 Street__
(Street Address)

__Milwaukee WI 53208__
(City, State, Zip)