# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 5, 2024

*By the Court*:

| No. 23-3308 | HENRIETTA E. ARNOLD SIMPSON,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:21-cv-01002-WED<br>Eastern District of Wisconsin<br>Magistrate Judge William E. Duffin ||

On February 20, 2024, and March 14, 2024, the court ordered the appellant to show cause why this appeal should not be dismissed for lack of prosecution based on the failure to timely file an opening brief. Although the most recent response was due March 28, 2024, the appellant has failed to respond or file the required opening brief.

Accordingly, **IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution. See Cir. R. 31(c)(2).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Case: 23-3308    Document: 00714358877    Filed: 04/05/2024    Pages: 1    (2 of 2)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 5, 2024

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 23-3308 | HENRIETTA E. ARNOLD SIMPSON,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:21-cv-01002-WED<br>Eastern District of Wisconsin<br>Magistrate Judge William E. Duffin | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    Circuit Rule 31(c)

STATUS OF THE RECORD:                            no record to be returned

form name: **c7_Mandate**    (form ID: **135**)